# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**IN RE: MILES ROAD, LLC**                           **CASE NO.   10-50958**

**DEBTOR(S)**

### SUPPLEMENTAL AMENDMENT TO LISTS, SCHEDULES, AND/OR STATEMENTS

Comes the Debtor(s) in person and makes application for leave to amend the lists, schedules and/or statements previously filed as follows:

| Item Amended | Description of Amendment |
|---|---|
| Schedule A | Amended to correct scrivner's error in value of real property. Correct value should be $4,092,500.00 |

I, Mark Phillips as managing member of Miles Road, LLC, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2010

/s/ Mark Phillips, managing member          _____
Debtor                                      Joint Debtor *(if applicable)*

### CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this amendment was served this 28th day of April, 2010 on the following parties affected thereby:
  All creditors listed on the matrix filed herein via U.S. mail

  /s/ Constance Gullette Grayson
Petitioner/Attorney