# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:    MILES ROAD, LLC                         CASE NO: 10-50958
                                                  Chapter 11

_____

## DEBTOR'S MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

_____

Debtor, Miles Road, LLC, by and through undersigned counsel, as and for its Motion to Dismiss this Chapter 11 bankruptcy case states as follows:

1. On March 24, 2010Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Since the filing of this case, the members of the debtor have explored various options for resolving the debtor's financial problems. The members have concluded that it will be beneficial for debtor for this chapter 11 bankruptcy case to be dismissed and for debtor's members to address the financial problems outside the bankruptcy case.

WHEREFORE, debtor, Miles Road, LLC, respectfully requests that this Court enter an Order dismissing this chapter 11 bankruptcy case.

### NOTICE OF HEARING

You are hereby notified that Debtor will present its motion for hearing at 9:00 am on August 12, 2010 at the U.S. Bankruptcy Courtroom, Community Trust Bank Building, 100 E. Vine Street, Lexington, KY..

        MILES ROAD, LLC

        BY: /s/ Constance Gullette Grayson
        Constance Gullette Grayson
        Gullette & Grayson, PSC
        125 S. Main Street
        Nicholasville, KY 40356
        (859) 885-5536

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by via the CM/.ECT notification system this 15th day of July 2010 on the following: Rachelle C. Dodson, attorney for the U.S. Trustee; Gregory D. Pavey, Nathaniel R. Kissell and David T. Royse, attorneys for Kentucky Bank; Kathryn Warnecke Ryan and Douglas T. Logsdon, attorneys for Jerry Woodall; W. Thomas Bunch, attorney for James A. Hughes; and by U.S. mail, postage prepaid, on all remaining creditors listed on the matrix filed in this case.

        /s/ Constance Gullette Grayson