UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Joseph M. Scott, Jr.

IN RE:  
   Miles Road, LLC

CASE NUMBER 10-50958

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 8/12/2010      TIME: 09:00

APPEARANCES:
   Kissel, Nathaniel
   Grayson, Constance

ISSUE:

| 81 | 7/16/2010 | Amended Motion to Dismiss Case, filed by Miles Road, LLC. Hearing scheduled for 7/12/2010 at 09:00 AM at Lexington Courtroom, 2nd Floor. SEE CORRECTIVE ENTRY #82 - Last day to file objections: 8/6/2010. (Grayson, Constance) Modified on 7/19/2010 (tb) . |

DISPOSITION:
   Sus

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, August 12, 2010**
**(ekm)**